GEORGE W. FARNAM et al., Appellants, *v.* HALL F. BALDWIN et al., Respondents.

(Argued October 19, 1885; decided October 30, 1885.)

*Pelton & Poucher* for appellants.

*Theodore Fitch* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

SAMUEL B. DURYEA, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued October 19, 1885 ; decided October 30, 1885.)

*Edward J. F. Werder* for appellant.

*Arthur H. Masten* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JACOB HUYLER, Appellant, *v.* THE KNICKERBOCKER ICE COMPANY, Respondent.

(Argued October 19, 1885 ; decided October 30, 1885.)

*B. Doran Killian* for appellant.

*Albert E. Mudge* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.